**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**MICHAEL WILLIAMS and
MICHELLE WILLIAMS**                                                      **PLAINTIFFS**


**v.**                                          **CIVIL ACTION NO. 1:06-cv-00055-LTS-RHW**


**STATE FARM FIRE AND CASUALTY COMPANY**                          **DEFENDANT**


<u>**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT AS TO FIDUCIARY DUTY AND PUNITIVE DAMAGES AND
EXTRA CONTRACTUAL DAMAGES CLAIMS**</u>

**COME NOW** Plaintiffs, Michael Williams and Michelle Williams, by and through

their attorneys of record, and file this Response to Defendant's, State Farm Fire and

Casualty Company's, Motion for Partial Summary Judgment as to Fiduciary Duty and

Punitive Damages and Extra Contractual Damages Claims, stating as follows:

**1.**    Plaintiffs do not oppose Defendant's Motion for Partial Summary Judgment on

the issue of fiduciary duty.

**2.**    Plaintiffs deny that Defendant is entitled to partial summary judgment on

Plaintiffs' punitive damages and extra contractual claims since Defendant has

acted in a manner justifying punitive and extra contractual damages by

developing and utilizing a procedure for handling Katrina insurance claims,

especially those involving slabs, which is clearly contrary to Defendant's policy

and to Mississippi law and by failing to pay Plaintiffs' claims for covered losses

even though Defendant had no basis for such refusal, and by persisting in its

failure to pay Plaintiffs' claims. State Farm has compounded its bad faith by relying on the "concurrent cause" language in its policy, clearly contrary to Mississippi law, and by falsely stating that it has not done so in spite of claims handling documents to the contrary.

**3.**     Plaintiffs' respond to the Itemization of Facts as follows:

    *1.*     Admitted.

    *2.*     Admitted.

    *3.*     Admitted.

    *4.*     Admitted it did some "investigation" but denied it did a good faith investigation since it admitted it did no investigation to determine if wind arrived first and caused damage; rather, it looked at the National Weather documents and if the surge line was high enough to have destroyed the dwelling, it denied the claim.

    *5.*     Denied.

    *6.*     Denied.

    *7.*     Denied.

    *8.*     Admitted.

    *9.*     Denied as stated, the policy language not being quoted or properly summarized especially as to the invalid concurrent cause language.

    *10.*     Admitted except to the extent denied in the previous response.

    *11.*     Admitted.

**4.**     In support of this Response, Plaintiffs rely upon their Memorandum in Opposition

to Defendant's Motion for Partial Summary Judgment as to Fiduciary Duty and

Punitive Damages and Extra Contractual Damages Claims, to the Exhibits relied

upon by Defendant, and upon the following attached hereto:

**A.**     Deposition of Terry H. Blalock in *Broussard v. State Farm*;

**B.**     Deposition of Terry H. Blalock in *Tejedor v. State Farm*;

**C.**     Deposition of Terry H. Blalock in *Gemmill v. State Farm*;

**D.**     30(b)(6) Deposition of Marsha Slaughter;

**E.**     Number 75-20 Claim Practices: Water Damage Losses;

**F.**     Number 75-104 Claim Practices: Claim Interpretation– Losses Not

Insured;

**G.**     Wind / Water Protocol.

WHEREFORE, PREMISES CONSIDERED, it is respectfully submitted that State

Farm's Motion for Partial Summary Judgment on Punitive Damages and Extra

Contractual Damages Claims should be denied.


**RESPECTFULLY SUBMITTED**, this the 22nd day of November, 2006.

MICHAEL WILLIAMS and
MICHELLE WILLIAMS
Plaintiffs


BY: s/William C. Walker, Jr.
        WILLIAM C. WALKER, JR.

ATTORNEYS FOR PLAINTIFFS:
Jack L. Denton, MSB #100060
Denton Law Firm, PLLC
Post Office Box 1204
Biloxi, MS  39533
(228) 374-8722

William C. Walker, Jr., MSB # 6893
299 South 9th Street, Suite 100
Post Office Box 1115
Oxford, MS   38655-1115
(662) 234-8074

**CERTIFICATE OF SERVICE**

I, WILLIAM C. WALKER, JR., attorney of record for the Plaintiffs, do hereby

certify that I have electronically filed the foregoing pleading to the Clerk of the Court

using the ECF system which sent notification of such filing to:  John A. Banahan,

Esquire and H. Benjamin Mullen, Esquire.

This the 22nd day of November, 2006.

s/William C. Walker, Jr.
WILLIAM C. WALKER, JR.